UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WRIGHT,

      Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

      Defendants.

Case No. C18-0927-RAJ-MAT

MINUTE ORDER

  The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

  On October 3, 2018, this Court issued an Order setting dates for initial disclosures and submission of the Joint Status Report and Discovery Plan. (Dkt. 25.) On October 24, 2018, the parties contacted the Court and requested that the deadlines set forth in the Court's prior Order be extended. Pursuant to that request, the Court hereby amends the prior Order as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 11/26/2018 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 12/03/2018 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 12/10/2018 |

MINUTE ORDER - 1

DATED this 25th day of October, 2018.

WILLIAM McCOOL, Clerk

By s/ Kadya Peter
Deputy Clerk

MINUTE ORDER - 2