UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WRIGHT,

                        Plaintiff,

    v.

STATE OF WASHINGTON, *et al.*,

                        Defendants.

Case No. C18-0927-RAJ-MAT

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

The Court, having reviewed plaintiff's complaint, the motion of the State of Washington and the Washington Department of Corrections to dismiss this action pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS:

    (1)    The Report and Recommendation is approved and adopted.

    (2)    Defendants' motion to dismiss (Dkt. 12) is GRANTED. Plaintiff's claims against the State of Washington and the Washington Department of Corrections are DISMISSED with

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 1

prejudice, pursuant to Fed. R. Civ. P. 12(b)(6), for failure of plaintiff to state any claim upon which relief may be granted.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Theiler.

DATED this 31st day of October, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS - 2