UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW WRIGHT,<br><br>                Plaintiff,<br><br>    v.<br><br>DIANE CARMEL, *et al.*,<br><br>                Defendants. | Case No. C18-0927-RAJ-MAT<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Pursuant to the stipulation of the parties (Dkt. 26), plaintiff is granted leave to file his first amended complaint. The Clerk shall post the amended complaint (Dkt. 26-1) on the docket.

DATED this 2nd day of January, 2019.

                                              WILLIAM McCOOL, Clerk

                                              By s/ Tomas Hernandez
                                                 Deputy Clerk

MINUTE ORDER - 1