# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MATTHEW WRIGHT,

        Plaintiff,

v.

STATE OF WASHINGTON, *et al.*,

        Defendants.

Case No. C18-0927-RAJ-MAT

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

On July 12, 2019, the Court received from plaintiff a DVD entitled "Nov. 5, 2018 Phone Call" which was submitted as a part of plaintiff's response to the Washington Department of Corrections defendants' motion for summary judgment. (*See* Dkt. 57-6.) When the Court attempted to listen to that disc in conjunction with its review of the pending summary judgment motions, it discovered that the disc is empty. If plaintiff wishes to have the Court review the telephone call referenced on the disc, he must resubmit the disc not later than ***November 29, 2019***. The pending summary judgment motions (Dkts. 51 and 69) are RE-NOTED on the Court's calendar for consideration on that date.

MINUTE ORDER - 1

The Clerk is directed to send copies of this Minute Order to all counsel of record and to the Honorable Richard A. Jones.

DATED this 20th day of November, 2019.

                                     WILLIAM McCOOL, Clerk

                                     By  s/ Michael Williams
                                         Deputy Clerk

MINUTE ORDER - 2