HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW WRIGHT,

            Plaintiff,

        v.

STATE OF WASHINGTON, *et al.*,

            Defendants.

Case No. 2-18-cv-00927-RAJ

ORDER ADOPTING REPORT
AND RECOMMENDATION

## I.   INTRODUCTION

This matter is before the Court on Plaintiff's objections to the Report and Recommendation ("Report") of Magistrate Judge Mary Alice Theiler.  Dkt. # 84.  Having considered Plaintiff's objections and the remaining record, the Court **ADOPTS** the Report.

## II.   DISCUSSION

The background of this matter is detailed in Judge Theiler's Report and will not be repeated here.  Dkt. # 84 at 2-9.  Plaintiff Matthew Wright objects.  First, he argues that the Report incorrectly drew all reasonable inferences in favor of the moving parties (defendants), which is not the standard on summary judgment.  Dkt. # 85 at 1.  Second, he argues that the Report incorrectly recommended that Defendant Sarah Wright's

ORDER – 1

1    motion for summary judgment should be granted, even though it was filed late.  *Id.* at 2.

2        The Court finds the Report well-reasoned and Mr. Wright's objections without

3    merit.  The Report properly applies the summary judgment standard to the facts of this

4    case.  And the magistrate did not err by accepting Ms. Wright's late motion for summary

5    judgment.  It is true that Ms. Wright filed her motion after the dispositive motion

6    deadline, and it is true that she did not show good cause or obtain the court's consent

7    beforehand.  Dkt. ## 56, 82.  But, given the circumstances here, the Court accepts her

8    motion and adopts the Report.

9        District courts have broad discretion to consider late court filings, the timeliness of

10   which is governed by local rules.  *United States v. Heller*, 551 F.3d 1108, 1111 (9th Cir.

11   2009).  Under the local court rules of this district, parties must file dispositive motions

12   "[n]ot later than the deadline [set forth in the scheduling order], *unless otherwise ordered*

13   *by the court*."  Local Rules W.D. Wash. LCR 16(b) (emphasis added).  Ultimately, "[t]he

14   court may, by order in a specific case, modify or forego any of the procedures or

15   deadlines set forth in this rule."  *Id.* 16(m)(2).  Here, there is good reason to deviate from

16   the pretrial dispositive motion deadline.  First, the magistrate found that this action, as a

17   whole, is frivolous with no apparent basis in law or fact.  Dkt. # 84 at 24.  Second, Ms.

18   Wright's seven-page motion largely incorporates the arguments made by the Department

19   of Correction defendants, which was indeed timely filed.  Dkt. # 82 at 1.  Accepting

20   Ms. Wright's motion allows the case to be tried on its merits and prevents a frivolous

21   action from advancing based on a technicality.  Thus, the Court accepts Ms. Wright's

22   motion for summary judgment.

23       Mr. Wright's objection also fails because it was never previously raised.  As far as

24   the Court can tell, this is the first time that Mr. Wright has argued that Ms. Wright's

25   submission was late.  The magistrate issued the Report more than three months after

26   Ms. Wright filed her late motion, yet Mr. Wright filed no response or motion in the

27   interim.  Now, on an objection to a report and recommendation and after the conclusion

28   ORDER – 2

of briefing on the merits, he argues that Ms. Wright's motion was improper.  Dkt. #85 at 2.  The Court is not required to consider evidence or argument presented for the first time in a party's objection to a magistrate's recommendation, and it will not do so here. *United States v. Howell*, 231 F.3d 615, 621-23 (9th Cir. 2000).

### III.  CONCLUSION

For the reasons stated above, and having considered Plaintiff's objections, the Court **ORDERS** as follows:

(1) The Report and Recommendation (Dkt. # 84) is **ADOPTED**;

(2) Defendants' motions for summary judgment (Dkt. ## 51, 69, 83) are **GRANTED**;

(3) Plaintiff's amended complaint (Dkt. # 34) and this action are **DISMISSED** in their totality as frivolous; and

(4) The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

DATED this 11th day of June, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER – 3